177 A.3d 122

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ENZO R. PENA, DEFENDANT–PETITIONER.

C–442 September Term 2017
079697

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000350–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 123

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KABAKA ATIBA, A/K/A CLARENCE BROWN, KABAKA ATITA AND KABAKA ATIDA, DEFENDANT–PETITIONER.

C–444 September Term 2017
079705

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005606–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.